**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **YVETTE RODRIGUEZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LOUIS DEJOY, U.S. POSTMASTER** | : | |
| **GENERAL and U.S. POST OFFICE** | : | **NO. 20-5496** |

### Memorandum Opinion

**NOW**, this 29th day of December, 2020, upon consideration of the defendant's Motion to Transfer Venue and Continue Deadlines (Doc. No. 6), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is transferred to the United States District Court for the Middle District of Pennsylvania.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.